DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADAM LEWIS KIRSHNER,**
Appellant,

v.

**EVE SHERI KIRSHNER,**
Appellee.

No. 4D22-1580

[May 18, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2020-DR-007441-XXXX-MB.

Karim Batista and Tyler Miller of Law Offices of Karim Batista, P.A., Coral Gables, (withdrawn as counsel after filing brief) for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***